**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

By Fax
Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Miguel Ramirez v. Commissioner of Social Security
08 Civ. 3021 (RWS)

Dear Judge Sweet:

Pursuant to this Court's June 24, 2008 Order in the above-referenced Social Security case, the parties shall file all motions by August 24, 2008. Susan Baird, the Assistant United States Attorney assigned to this case, is unexpectedly out of the Office due to a family emergency, and will be unable to file a motion by August 24. The Government respectfully requests an additional 30 days (i.e., September 24, 2008), in which to file a motion. I telephoned Mr. Ramirez, who is proceeding pro se, to obtain his consent, but was unable to reach him.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

*So ordered*
*Please To so J*
*8.28.08*

cc: Miguel Ramirez (by first-class mail)
353 Fort Washington Avenue
Apt. #3B
New York, New York 10033